IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHRISTOPHER R. SANDLIN,
ADC #136830                                                                                           PLAINTIFF

v.                                                    2:09CV00051HLJ

MICHEAL T. HUMPHREY, et al.                                                           DEFENDANTS

ORDER

This matter is before the Court on plaintiff's motion for Order to suppress evidence (DE #12). However, it appears to the Court that plaintiff is actually requesting production of certain evidence from the defendants. Therefore, the Court hereby directs plaintiff to clarify, within ten days of the date of this Order, his intentions in the motion for order. If plaintiff fails to respond, the Court will construe the motion as a discovery request from the defendants.

IT IS SO ORDERED this 8th day of July, 2009.

_____
United States Magistrate Judge