IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHRISTOPHER R. SANDLIN,
ADC #136830                                                                                    PLAINTIFF

v.                                              2:09CV00051HLJ

MICHEAL T. HUMPHREY, et al.                                                          DEFENDANTS

ORDER

Plaintiff's motions for Order to suppress evidence, to compel, and for discovery (DE ##12, 16, 43) are actually all requests for discovery for defendants and should be docketed as such and removed from the pending motions list.

IT IS SO ORDERED this 23rd day of July, 2009.

_____
United States Magistrate Judge