IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHRISTOPHER R. SANDLIN,
ADC #136830                                                                                              PLAINTIFF

v.                                         2:09CV00051JMM/HLJ

MICHEAL T. HUMPHREY, et al.                                                              DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motions for injunctive relief (DE ##57, 59) are hereby DENIED.

IT IS SO ORDERED this   24   day of   September  , 2009.


_____
UNITED STATES DISTRICT JUDGE