IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHRISTOPHER R. SANDLIN,
ADC #136830                                                                                    PLAINTIFF

v.                                              2:09CV00051HLJ

MICHEAL T. HUMPHREY, et al.                                              DEFENDANTS

### ORDER

On July 23, 2009, defendants filed their answer (DE #48) to plaintiff's amended complaint (DE #9), asserting several affirmative defenses. This matter is ready to be scheduled for trial. If defendants intend to rely on the defenses mentioned in their answer, they must file a dispositive motion within thirty (30) days of the date of this Order.

IT IS SO ORDERED this 2nd day of October, 2009.

_____
United States Magistrate Judge