IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHRISTOPHER R. SANDLIN,
ADC #136830                                                                                          PLAINTIFF

v.                                              2:09CV00051HLJ

MICHEAL T. HUMPHREY, et al.                                                           DEFENDANTS

<u>ORDER</u>

Defendants shall file responses to plaintiff's motions for relief, for order, and to compel (DE ##80, 81, 85, 86, 88) within ten days of the date of this Order.

IT IS SO ORDERED this 6th day of November, 2009.

_____
United States Magistrate Judge