IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHRISTOPHER SANDLIN,
ADC #136830                                                                                                  PLAINTIFF

v.                                        2:09CV00051JMM/HLJ

MICHEAL T. HUMPHREY, et al.                                                                    DEFENDANTS

## ORDER

This matter is before the Court on plaintiff's motion to compel (DE #86). Defendants have filed a response in opposition to the motion (DE #102).

In support of the motion, plaintiff asks the Court to order the defendants to turn over video tapes of certain specific incidents, in order to prevent evidence tampering. In their response, defendants state they have notified plaintiff that the tapes are being preserved for trial, and they have responded timely and completely to all his discovery requests. In addition, defendants note that no video exists of the shower extraction incident because the incident involved an orderly move from the shower and not an extraction.

In light of defendants' response, the Court finds plaintiff's motion to compel should be denied. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to compel (DE #86) is hereby DENIED.

IT IS SO ORDERED this 19th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE