IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHRISTOPHER SANDLIN,
ADC #136830                                                                                              PLAINTIFF

v.                                              2:09CV00051JMM/HLJ

MICHEAL T. HUMPHREY, et al.                                                                DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motions for injunctive relief and for order, which this Court construes as motions for preliminary injunctive relief (DE ##80, 81, 85, 88) are hereby DENIED.

IT IS SO ORDERED this  11  day of December 2009.

_____
UNITED STATES DISTRICT JUDGE