IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHRISTOPHER R. SANDLIN,
ADC #136830  PLAINTIFF

2:09CV00051JMM/HLJ

MICHEAL T. HUMPHREY, et al.  DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a _de novo_ review of the record, the Court adopts them in their entirety.[1] Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment (DE #122) is GRANTED IN PART, with respect to defendants Henry Williams, Moses Jackson, Dennis Jackson, J.C. Andrews, Aundrea Weekly, Steven Outlaw, Greg Harmon, Ray Hobbs, Larry May, Larry Norris, James Gibson, Audrey Garrett, Trawanda Wright, Ronnie Hoskins, Edward Eaten, Faron Clemmons, Dennis McCoy, Terry Warren, M. Rogers, and Assistant Warden Ball.

IT IS FURTHER ORDERED that defendants' motion for summary judgment is DENIED IN PART, without prejudice, with respect to defendants Micheal Humphrey, Seccer Cole, James Crumpton, Maurice Williams, and Benjamin Woodard.

IT IS SO ORDERED this  4  day of  February, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1] These objections were filed by plaintiff pro se. However, he has been appointed counsel. Plaintiff is notified that from this date forward, the Court will only consider the pleadings filed by plaintiff's appointed counsel.