## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CHRISTOPHER R. SANDLIN,                                                      PLAINTIFF
ADC #136830

v.                          2:09-cv-00051-JMM-JTK

MICHAEL T. HUMPHREY, et al.                                    DEFENDANTS

### ORDER

By Order dated January 13, 2011, this Court denied Plaintiff's Motion to Withdraw his Attorney (Doc. No. 178). Therefore, Plaintiff's pro se Motions to Appoint Counsel, to Continue, to Compel and in Limine (Doc. Nos. 179-182, which were filed on that same date) are DENIED without prejudice.

IT IS SO ORDERED this 20th day of January, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE