# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

CHRISTOPHER R. SANDLIN,                                              PLAINTIFF
ADC #136830

2:09-cv-00051-JMM-JTK

MICHAEL T. HUMPHREY, et al.                                         DEFENDANTS

<u>ORDER</u>

This matter is before the Court on several pending motions filed by the parties.

1.      Plaintiff's <u>Pro Se</u> Motion to Amend (Doc. No. 192) - Plaintiff asks to amend the relief portion of his Complaint.  Defendants oppose this Motion as untimely, and to the extent Plaintiff seeks summary judgment relief in the Motion (Doc. No. 200).  The Court construes Plaintiff's Motion as one to amend only the relief portion of his Complaint, and will grant this request.

2.      Plaintiff's <u>Pro Se</u> Motion to Compel (Doc No. 193) - Plaintiff asks the Court to order Defendants to provide the activity shift security logs for October 9, 2008.  In their Response (Doc. No. 200), Defendants state the logs were provided to Plaintiff's Court-appointed counsel on February 7, 2011, and that Plaintiff's Motion should be denied as moot.  In light of this Response, the Court will deny Plaintiff's Motion, as moot.

3.      Plaintiff's <u>Pro Se</u> Motion to Produce Videotapes at Trial (Doc. No. 194) - Defendants respond that the tapes will be produced (Doc. No. 200).  Therefore, the Motion is moot.

4.      Plaintiff's Unopposed Motion for Extension of Time in which to respond to Defendants' Motion for Partial Summary Judgment (Doc. No. 201) - The Court will grant Plaintiff's

1

request for an extension, until April 8, 2011.  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Pro Se Motion to Amend (Doc. No. 192) is GRANTED, to the extent that he asks to amend his request for relief.

IT IS FURTHER ORDERED that Plaintiff's Pro Se Motions to Compel and to Produce Videotapes at Trial (Doc. Nos. 193, 194) are DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion for Extension of Time (Doc. No. 201) is GRANTED.  Plaintiff's Response to Defendants' Motion for Partial Summary Judgment shall be filed by April 8, 2011.

IT IS SO ORDERED this 31st day of March, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE