IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER R. SANDLIN                                                               PLAINTIFF

Vs.                              CASE NO.   2:09cv00051 JMM

MICHAEL T. HUMPHREY, et al                                                        DEFENDANTS

ORDER

The above case is currently scheduled for jury trial sometime during the week of May 2, 2011.

Plaintiff through Counsel has filed an amended witness list (DE #207).  Defendants are directed to file no later than April 11, 2011, a response to Plaintiff's witness list, along with a statement as to which, if any, of Plaintiff's witnesses Defendants will have present without the need of writs of habeas corpus ad testificandum or subpoenas.   Defendants are to include in the pleading a list of witnesses to be called and a list of exhibits to be used at the hearing.

IT IS SO ORDERED this 4th day of March, 2011

_____
UNITED STATES DISTRICT JUDGE