# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CHRISTOPHER R. SANDLIN,                                                                               PLAINTIFF
ADC #136830

v.                                           2:09-cv-00051-JMM-JTK

MICHAEL T. HUMPHREY, et al.                                                                        DEFENDANTS

## ORDER

This matter is before the Court on Defendants' Motion for Partial Summary Judgment (Doc. No. 197).  Plaintiff filed a Response to the Motion (Doc. No. 210).

In their Motion, Defendants ask the Court to dismiss Plaintiff's March 5, 2009 claim based on his failure to exhaust his administrative remedies.  In his Response, Plaintiff states he filed a Stipulation of Voluntary Nonsuit of the March 5, 2009 claim on March 30, 2011 (Doc. No. 205). In light of such, the Court finds Defendants' Motion for Partial Summary Judgment is DENIED as moot.

IT IS SO ORDERED this  6  day of  April , 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE