IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER R. SANDLIN,
ADC #136830                                                                                            PLAINTIFF

v.                                          2:09-cv-00051-JMM-JTK

MICHAEL T. HUMPHREY, et al.                                                          DEFENDANTS

## ORDER

On March 30, 2011, Plaintiff filed a Stipulation of Dismissal of his claims against Defendants relating to an incident which occurred on March 5, 2009 (Doc. No. 205). This Court then denied as moot Defendants' Motion for Partial Summary Judgment as to those claims, on April 6, 2011 (Doc. No. 213). Defendants' current Motion to Dismiss Defendants Benjamin Woodard, James Crumpton, and Maurice Williams, based on the dismissal of the claims against them, is hereby GRANTED.

IT IS SO ORDERED this  14  day of   April  , 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE