IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER R. SANDLIN                                                              PLAINTIFF
ADC #136830

Vs.                                    CASE NO.  2:09cv00051 JMM

MICHAEL T. HUMPHREY, et al                                                       DEFENDANTS

ORDER

In response to the Court's order and in anticipation of the jury trial set sometime during the week of May 2, 2011, Plaintiff has submitted an admitted witness list (DE #207). Defendants have filed a response to Plaintiff's witness list (DE #215).

After examining the pleadings, the Court will allow all of Plaintiff's witnesses to testify.

Counsel for Defendants have indicated that they will ensure the presence of Plaintiff, Defendants Humphrey and Cole, witnesses CO-2 Larry Foster and inmate Odell Hampton.

Plaintiff identifies the following witnesses as former employees of either CMS or ADC:  Ms. Jerre Douglas and Ms. Annett Waits.  Counsel for the Arkansas Department of Correction (ADC) has also indicated that Ms. Connie Burke and Ms. Stormi S. Sherman are no longer employed with the ADC.  The ADC does not have control of ensuring their presence at trial.

The ADC is directed to ensure the attendance of Defendants Lt. Michael Humphrey and Sgt. Seccer Cole and Plaintiff, Christopher R. Sandlin, ADC #136830, Varner Supermax, at the Federal Courthouse, Courtroom #314, 617 Walnut, Helena, Arkansas

on **Monday, May 2, 2011**, **at 8:15 a.m.,** for jury selection.  The ADC is directed to ensure the attendance of the Plaintiff and Defendants to the above address when notified by the Assistant Attorney General for the jury trial which will be set later in the week of May 2, 2011.  The ADC is further directed to send with Plaintiff his complete institutional and medical file.

The Arkansas Department of Correction is also directed to ensure the attendance of witnesses Lt. Wallace McNary, CO-2 Larry Foster and Odell Hampton, ADC #084229, East Arkansas Regional Unit when notified by the Assistant Attorney General, to testify in the jury trial scheduled during the week of May 2, 2011.

IT IS SO ORDERED this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE