IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER R. SANDLIN                                                                               PLAINTIFF
ADC #136830

Vs.                                  CASE NO.  2:09cv00051 JMM

MICHAEL T. HUMPHREY, et al                                                                        DEFENDANTS

ORDER

Defendants have filed an amended response to Plaintiff's amended witness list (DE #223).

Counsel for Defendants indicates that Nurse Stormi S. Sherman is currently employed with Correctional Medical Services and will ensure her presence at the jury trial scheduled during the week of May 2, 2011.

Counsel has also indicated that Inmate Danny Cromeans, ADC #107662, Varner Supermax will be called as a witness for Defendants. Therefore, the Arkansas Department of Correction is to ensure the attendance of Mr. Cromeans for the jury trial set during the week of May 2, 2011, at the Federal Courthouse, Courtroom #314, 617 Walnut, Helena, Arkansas when notified by the Assistant Attorney General.

IT IS SO ORDERED this 26th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE