IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**CHRISTOPHER R. SANDLIN**                                                                 **PLAINTIFF**

VS.                            CASE NO. 2:09CV00051 JMM

**LT. MICHAEL T. HUMPRHEY, ET AL.**                                              **DEFENDANTS**

### ORDER

    Pending before the court is Stuart P. Miller's April 11, 2012 application for reimbursement of out-of-pocket expenses (#246) resulting from his representation of the Plaintiff in the above styled case.  Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of nine hundred, thirty-seven dollars and sixty-two cents ($937.62) and distribute it to the named applicant.  A copy of this Order, together with the application, shall be place in the Library Fund file maintained by the Clerk of the Court.  *See* Local Rule 83.6 of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas.

    IT IS SO ORDERED THIS   12   day of   April  , 2012.

                                                         James M. Moody
                                                         United States District Court