## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**CHRISTOPHER R. SANDLIN**                                              **PLAINTIFF**

**VS.**                          **CASE NO. 2:09CV00051 JMM**

**LT. MICHAEL T. HUMPRHEY, ET AL.**                          **DEFENDANTS**

### JUDGMENT

This action came on for trial on March 2, 5, and 6, 2012, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.   On March 6, 2012, at the conclusion of trial the jury returned a verdict in favor of Defendants Michael Humphrey and Seccer Cole and against the Plaintiff.

IT IS ORDERED AND ADJUDGED that based upon the jury's verdict as to Defendants Michael Humphrey and Seccer Cole, Plaintiff's complaint is dismissed with prejudice with plaintiff taking nothing.

Dated this 13th day of April, 2012.


_____
James M. Moody
United States District Judge